**STATE of Missouri, Respondent,**

v.

**Mark B. DAVIDSON, Appellant.**

**No. WD 50337.**

Missouri Court of Appeals,
Western District.

Submitted Oct. 24, 1995.

Decided Jan. 30, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 30, 1996.

Tim L. Warren, St. Joseph, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
David R. Truman, Asst. Atty. Gen., Jefferson
City, for respondent.

Before SMART, P.J., and LOWENSTEIN
and BERREY, JJ.

### ORDER

PER CURIAM:

Mark B. Davidson appeals his conviction,
after a jury trial, of sexual abuse in the first
degree, § 566.100, RSMo 1994, for molesta-
tion of a young female child. He was sen-
tenced to five years in prison.

On appeal, he contends the evidence was
insufficient to warrant conviction, and con-
tends further that the trial court erred in
failing, *sua sponte,* to exclude evidence of
uncharged misconduct. Having carefully re-
viewed the evidence in the case and defen-
dant's arguments, the court concludes that
the trial court did not err and that there is
no basis for "plain error" review.

The judgment of conviction is affirmed.
Rule 30.25(b).

■

**Larry Edward DUNN, Jr., Appellant,**

v.

**SHONEY'S, INC., Respondent.**

**No. WD 51505.**

Missouri Court of Appeals,
Western District.

Feb. 6, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 2, 1996.

Application to Transfer Denied
May 28, 1996.

Daniel R. DeFoe, Blue Springs, for Appel-
lant.

Susan E. Decker, Kansas City, for Respon-
dent.

Before ULRICH, P.J., and
BRECKENRIDGE and SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from final award of Labor and
Industrial Relations Commission denying
workers' compensation claims.

Judgment affirmed. Rule 84.16(b).